**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

| Case No.: | 16-05135-MGW | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ROSE, CHRISTINA L | Date Filed (f) or Converted (c): | 06/15/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 07/20/2016 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 5296 52nd St N Saint Petersburg, FL - 33709-0000 Pinellas County | $60,000.00 | $0.00 | | $0.00 | $1,000.00 |
| 2 | Make: Saturn Model: Aura Year: 2009 Mileage: 90,000 Other Information: Value based on KBB good trade in | $1,787.00 | $0.00 | OA | $0.00 | FA |
| 3 | Make: Nissan Model: Versa Year: 2010 Mileage: 85,000 Other Information: Value based on KBB good trade in | $2,171.50 | $2,171.50 | OA | $0.00 | FA |
| 4 | Household Furniture: Living Room (couch, love seat); Dining Room (table & chairs); Bedroom (bed, 2 dressers); Bedroom (bed, dresser, desk); Bedroom (bed, 2 dressers) All jointly owned with ex-spouse | $225.00 | $0.00 | | $0.00 | FA |
| 5 | CDs and DVDs | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Household Electronics: 32" TV, 50" TV, 60" TV, 19" TV | $137.50 | $0.00 | | $0.00 | FA |
| 7 | Clothing | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Bank of America | $2.50 | $0.00 | | $0.00 | FA |
| 9 | Checking Regions | $1,500.00 | $477.10 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $65,923.50 | $2,648.60 | | $0.00 | $1,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 03/23/2017 | PE under contract, In review with servicer tickled for f/u |
| 02/28/2017 | PE still with BKG tickled for f/u |
| 11/30/2016 | PE still with BKG tickled for f/u |
| 09/13/2016 | f/u sch c em from atty |
| 09/06/2016 | rcvd DOF bank statements |
| 08/29/2016 | rcvd response from debtor atty. The debtor is supposed to get the DOF bank statements to her atty. by beginning of this week. tickled for f/u |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| Case No.: | 16-05135-MGW | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | ROSE, CHRISTINA L | Date Filed (f) or Converted (c): | 06/15/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 07/20/2016 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/25/2016 | BKG sent a letter needed to be signed by TS for FHA loan for PE. I printed put on desk of ts, when signed will scan in and email to Raquel @BKG |
| 08/25/2016 | TS signed FHA letter for BKG, scanned in case and em to Raquel @ BKG |
| 08/23/2016 | em debtor atty again re: DOF bank statements and PP in the home. tickled for f/u |
| 08/11/2016 | uploaded signed app to BKG |
| 08/11/2016 | filed app and ord to hr BKG tickled for COS |
| 08/09/2016 | sent debtor atty em to get DOF bank statement tickled for f/u |
| 08/09/2016 | f/u on em to debtor atty |
| 08/05/2016 | Reached out to debtor left VM and sent an em re: PP left in PE. tickled for f/u |
| 08/05/2016 | f/u on em and VM left for debtor re: PP in PE |
| 07/28/2016 | Filed 341, pet and sch docs with bkg |
| 07/21/2016 | filed app and ord to hr ts |
| 07/21/2016 | COS app and ord to hr ts |
| 07/21/2016 | Filed NOA for 2009 Saturn and 2010 Nissan |
| 07/21/2016 | rating good with BKG, listed. Tickled for BKG paperwork to get process started |
| 07/20/2016 | PE, empty she has key, told of BKG. see companion case (divorced but live together) jeffery Rose 16-5134. both sets of scheds are the same. joint debts and assets both own the house. made both cases asset case b/c of jt. ownership of the house. ex. ok. abandon autos in both cases. |

| Initial Projected Date Of Final Report (TFR): | 01/21/2018 | Current Projected Date Of Final Report (TFR): | /s/ TRACI K. STEVENSON |
|---|---|---|---|
| | | | TRACI K. STEVENSON |