**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                                            Case No.: 8:16-05135-MGW
                                                                                                             Chapter 7

CHRISTINA ROSE


_____**Debtor**_____/


## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on JUNE 29, 2017 at 9:30am in courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, to consider and act upon the following and transact such other business that may come before the court:

**Regarding the Trustee's Report and Response to the Notice of Intention to Sell Property of the Estate.**

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Appropriate attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: JUNE 6, 2017

                                                                                              */s/ Traci K. Stevenson*
                                                                                              Traci K. Stevenson, Trustee
                                                                                              P.O. Box 86690
                                                                                              Madeira Beach, FL 33738